IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| SHAWN P. KELLY d/b/a KELLY & ASSOCIATES, a sole proprietorship, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 10-CV-04229 ) |
| THE MCGRAW-HILL COMPANIES, INC., a New York corporation, | ) ) ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**MOTION FOR SUMMARY JUDGMENT**

Shawn P. Kelly d/b/a Kelly & Associates ("plaintiff"), by and through his attorneys, moves for leave to file his motion for summary judgment against The McGraw-Hill Companies, Inc. ("defendant"), and states:

1. Fed. R. Civ. P. 56 allows a party to file a motion for summary judgment within 30 days of the close of discovery or as the court otherwise orders. With discovery having closed more than 30 days ago, plaintiff now moves for leave to file his motion for summary judgment. No dates have been set for either the final pre-trial conference or for trial.

2. On June 5, 2012, the Court issued its Memorandum Opinion and Order, dismissing much of plaintiff's Complaint. The Court's action altered the landscape on which this case would have been tried and affected each side's strategy. While plaintiff had intended to allow its straightforward, contractual claim for commissions on re-orders of McGraw-Hill products to go to the jury, together with its other claims, the dismissal of such other claims renders the re-order claim ripe for summary disposition.

3. There is no factual dispute on this claim, only one of contractual interpretation, *i.e.*, whether the parties' contract somehow exempts re-orders from defendant's obligation to pay commissions on all sales. Pursuant to 820 ILCS 120/3, plaintiff also claims statutory attorney's fees incurred in recovering these commissions. Likewise, no factual dispute surrounds plaintiff's claim for interest on these unpaid commissions or on his 2006 expenses. As the Court noted in its Memorandum Opinion and Order, defendant failed to reimburse plaintiff for his expenses of $29,843 incurred in 2006 until March 2012, and even then did so without paying interest. (Memorandum Opinion and Order at 15.)

4. Defendant has no objection to the relief sought in this motion, and has waived any objection based upon notice.

5. Based on the foregoing, plaintiff should be granted leave, *instanter*, to file his Motion for Summary Judgment (attached as Exhibit 1), along with his corresponding Rule 56.1 Statement of Undisputed Facts (attached as Exhibit 2) and Memorandum of Law (attached as Exhibit 3).

Wherefore, plaintiff Shawn P. Kelly d/b/a Kelly & Associates respectfully requests that this Honorable Court enter an order granting him leave, *instanter*, to file his Motion for Summary Judgment, along with his corresponding Rule 56.1 Statement of Undisputed Facts and Memorandum of Law.

      Respectfully submitted,

      Shawn P. Kelly d/b/a Kelly & Associates

      By:    s/Adam J. Glazer
             One of His Attorneys

Adam J. Glazer
Richard M. Goldwasser
**SCHOENBERG FINKEL NEWMAN & ROSENBERG, LLC**
222 S. Riverside Plaza, Suite 2100
Chicago, Illinois 60606
(312) 648-2300