IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SHAWN P. KELLY**, d/b/a **KELLY & ASSOCIATES**, a sole proprietorship, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 10 C 4229 |
| | ) |
| **THE McGRAW-HILL COMPANIES, INC.**, a New York corporation, | )<br>)<br>) |
| Defendant. | ) |

## MEMORANDUM ORDER

In response to the request contained in the Conclusion to this Court's August 17, 2012 memorandum opinion and order ("Opinion"), counsel for plaintiff Shawn Kelly ("Kelly") has calculated that interest of $25,878.05 will have accrued through today's date on the principal sum of $172,363 that the Opinion awarded under Count I of the Complaint, and counsel for McGraw-Hill Companies, Inc. ("McGraw") has interposed no disagreement with that calculation. Accordingly judgment is ordered to be entered today in favor of Kelly and against McGraw in the sum of $198,241.05. Because this judgment order does not relate to all of the claims for relief sought by Kelly in this action, it is not a final judgment (see Fed. R. Civ. P. 54(b)).

                                                                                            _____
                                                                                            Milton I. Shadur
                                                                                           Senior United States District Judge

Date: August 31, 2012