IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAWN P. KELLY d/b/a KELLY & ASSOCIATES, a sole proprietorship,<br><br>    Plaintiff,<br><br>v.<br><br>THE MCGRAW HILL COMPANIES, a New York corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 10-CV-04229<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL

Plaintiff Shawn P. Kelly and Defendant The McGraw Hill Companies, Inc., n/k/a McGraw Hill Financial, Inc. stipulate pursuant to Fed.R.Civ.P. 41(a)(1), that this lawsuit be dismissed with prejudice and without costs or fees.

SHAWN P. KELLY

By _____
One of His Attorneys

Adam J. Glazer
Schoenberg, Finkel, Newman & Rosenberg
222 S. Riverside, Suite 2100
Chicago, Illinois 60606
(312) 648-2300

THE McGRAW HILL COMPANIES, INC.
n/k/a McGRAW HILL FINANCIAL, INC.

By _____
One of Its Attorneys

Michael R. Levinson
Seyfarth Shaw LLP
131 S. Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

15765207v.1

**CERTIFICATE OF SERVICE**

  Richard M. Goldwasser, an attorney, hereby certifies that he caused a copy of the foregoing *Stipulation of Dismissal* on all counsel of record via electronic case filing system (CM/ECF), from 222 South Riverside Plaza at 222 S. Riverside Plaza, Chicago, Illinois on June 27, 2013.

                   s/Richard M. Goldwasser