# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Shawn P. Kelly

                                 Plaintiff,

v.                                       Case No.: 1:10–cv–04229
                                                      Honorable Milton I. Shadur

McGraw–Hill Companies, Inc., The

                                 Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, July 3, 2013:

      MINUTE entry before Honorable Milton I. Shadur: Pursuant to the parties stipulation of dismissal filed on 6/27/2013, this case is hereby dismissed with prejudice and without costs or fees. All pending motions [125],[130],[139],[141] are denied as moot. Civil case terminated. Mailed notice by judge's staff. (srb,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.